IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GAIL REBHAN, et al., | * | |
|     Plaintiffs | * | |
| v. | * | Civil Action No. _____ |
| SEARS, ROEBUCK AND CO., | * | |
|     Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### SEARS, ROEBUCK AND CO.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to LCvR 7.1, Defendant, Sears, Roebuck and Co., by its undersigned counsel, hereby certifies that Sears, Roebuck & Co. is a wholly owned subsidiary of Sears Holding Corp., a publicly traded company, which may have a financial interest in the outcome of this litigation.

_____
Robin Silver
D.C. Bar No. 393290
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorney for Defendant,
Sears Roebuck and Co.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July, 2008, a copy of the foregoing **Corporate Disclosure Statement** was mailed first-class, postage prepaid, to:

> Richard A. Bussey, Esquire
> STEIN, MITCHELL & MEZINES
> 1100 Connecticut Avenue, N.W.
> Suite 1100
> Washington, D.C. 20036
>
> Attorney for Plaintiffs

/s/ Vincent J. Palmiotto
Vincent J. Palmiotto