IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GAIL REBHAN, et al., | * | |
|    Plaintiffs | * | |
| v. | * | Civil Action No. 1:08-cv-01162 |
| SEARS, ROEBUCK AND CO., | * | |
|    Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Dear Clerk:

     Please enter the appearance of Vincent J. Palmiotto, Esquire, as counsel for the Defendant, Sears Roebuck and Co., in the referenced case.

                                                             */s/ Vincent J. Palmiotto*
                                                             Vincent J. Palmiotto
                                                             D.C. Bar No. 477337
                                                             Miles & Stockbridge P.C.
                                                             10 Light Street
                                                             Baltimore, Maryland 21202
                                                             (410) 385-3858

                                                             Attorney for Defendant,
                                                             Sears, Roebuck and Co.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of August, a copy of the foregoing Entry of Appearance was mailed first-class, postage prepaid, to:

> Richard A. Bussey, Esquire
> STEIN, MITCHELL & MEZINES
> 1100 Connecticut Avenue, N.W.
> Suite 1100
> Washington, D.C.  20036
>
> Attorney for Plaintiffs

> */s/ Vincent J. Palmiotto*
> Vincent J. Palmiotto