IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GAIL REBHAN, et al. | : | |
| | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | Case No.: 1:08 CV 01162 |
| | : | (JDB) |
| SEARS, ROEBUCK AND CO. | : | |
| | : | |
|     Defendant | : | |

### REPORT OF THE PARTIES' CONFERENCE UNDER LCvR 16.3

On August 20, 2008, counsel for the parties met by telephone to discuss the matters set forth in LCvR 16.3.  The numbered paragraphs below correspond to those in LCvR 16.3 and reflect the agreements reached by the parties.

1.  The case is not likely to be disposed of by dispositive motion.

2.  The parties do not anticipate the joinder of other parties or the amendment of pleadings.  The parties agree that Mayamba Tshisuaka-Kanda was the operator of a Sears, Roebuck and Co. truck on December 23, 2006, at approximately 10:41 a.m. at the intersection of Garrison Street, N.W. and 45th Street, N.W. in Washington, D.C., and that Mr. Tshisuaka-Kanda was operating the truck within the scope of his employment with Sears, Roebuck and Co. at the time of the incident.

3.  The case should be assigned to a magistrate judge for purposes of discovery only.

4.  There is a realistic possibility of settling the case.

5.  The case could benefit from alternate dispute resolution in the form of mediation after completion of discovery.

6. The parties agree to filing dispositive motions no later than 15 days after completion of discovery, oppositions to motions within 11 days after service and replies to oppositions within five days after service in accordance with LCvR 7, and a decision on the motions if practicable within 30 days after filing.

7. The parties agree to dispense with the requirement of initial disclosures pursuant to Rule 26(a)(1), F.R.Civ.P.

8. The parties anticipate that discovery should take 150 days, including interrogatories, requests for production of documents, requests for admissions, depositions of the plaintiffs, the defendant, Mr. Tshisuaka-Kanda, and any lay liability witnesses, and perhaps the depositions of plaintiff Gail Rebhan's treating physicians, any physician who examines her on behalf of the defendant, and any liability experts. The parties agree to the limit of 25 interrogatories by each side. The parties do not request limits be placed on duration of depositions. A protective order is not appropriate.

9. The parties agree to dispense with the requirement of exchange of expert witness reports and information pursuant to Rule 26(a)(2) and in lieu thereof exchange statements identifying each person they expect to call as an expert witness at trial and stating the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify and a summary of the grounds for each opinion as was required by former F.R.Civ.P. Rule 26(b)(4). Plaintiffs will provide this information at least 60 days before the completion of discovery, and defendant will provide this information at least 30 days before the completion of discovery. The depositions of experts should occur within the period for completion of discovery.

10. Not applicable.

11. Trial and/or discovery should not be bifurcated or managed in phases.

12. The pretrial conference should be scheduled for a date convenient to the Court.

13. The Court should provide that a trial date will be set at the pretrial conference from 30 to 60 days after that conference.

14. None.

A proposed Scheduling Order is attached.

<u>Brief Statement of Case and Statutory Basis for All Causes of Actions and Defenses</u>

This is a motor vehicle negligence action arising out of an accident involving pedestrian Gail Rebhan and a Sears, Roebuck and Co. truck which occurred on December 23, 2006 in the District of Columbia. The jurisdiction of this Court is based on 28 U.S.C. § 1332.

      /s/ Richard A. Bussey
Richard A. Bussey - #249672
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C.   20036
(202) 737-7777
(202) 296-8312 (fax)

Attorney for Plaintiffs

        /s/ Vincent J. Palmiotto
Robin Silver - #393290
Vincent J. Palmiotto - #477337
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 698-4488 (fax)

Attorneys for Defendant,
Sears, Roebuck and Co.