UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL REBHAN, et al.,<br><br>   Plaintiffs,<br><br>       v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>   Defendant. | Civil Action No.  08-1162 (JDB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference with the Court on this  4th  day of September 2008, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby

**ORDERED** that the following schedule shall govern further proceedings:

1. Discovery shall be completed by not later than February 4, 2009.

2. Plaintiff's expert disclosures shall be made by not later than December 4, 2008. Defendant's expert disclosures shall be made by not later than January 5, 2009. Pursuant to the agreement of the parties, in lieu of the expert witness reports and information required under Fed. R. Civ. P. 26(a)(2), the parties' expert disclosures shall consist of statements identifying each person they expect to call as an expert witness at trial and stating the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and a summary of the grounds for each opinion.  The depositions of experts shall be completed by not later than February 4, 2009.

3. Dispositive motions shall be filed by not later than February 19, 2009.  Responses thereto shall be filed by not later than March 2, 2009.  Replies, if any, shall be filed by not later than March 9, 2009.

4. A status conference is scheduled for February 18, 2009 at 9:00 a.m.

5. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge